**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRED CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:14-cv-454 SNLJ |
| | ) | |
| MCMAHON FORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's pro se Motion for Enlargement of Time to Respond to Court's Order Dated June 3, 2014 (#52). Plaintiff seeks addition time in which to file an amended complaint regarding defendant John Schicker due to his pro se status.   There has been no opposition filed by the defendants.   Further, although plaintiff does not provide a timeframe for responding to the Court's June 3 order, he submitted a response to the June 3 order on July 1, 2014.   The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's Motion for Enlargement of Time (#52) is **GRANTED**.

_____
**STEPHEN N. LIMBAUGH, JR.**
**UNITED STATES DISTRICT JUDGE**

Dated this   2nd   day of July, 2014.