UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FRED CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-cv-454 SNLJ |
| | ) | |
| MCMAHON FORD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's Second Amended Complaint (#58), which was filed in response to this Court's June 3, 2014 order (#46). The Second Amended Complaint adds as defendants John Schicker and the McMahon Automotive Group. Plaintiff later filed a Notice of Misnomer (#61), which stated that the McMahon Automotive Group's true name is the Schicker Automotive Group.

The Court observed in its June 3 order that the defendants' counsel appeared to also represent John Schicker (*see* Doc. #36 at n.1).

Accordingly,

IT IS HEREBY ORDERED that the Clerk shall change the docket sheet entry for the McMahon Automotive Group to reflect the name Schicker Automotive Group.

IT IS FURTHER ORDERED that defense counsel shall respond to the Court no later than July 22, 2014 and state whether counsel will waive service of process on both John Schicker and the Schicker Automotive Group in accordance with Federal Rule of Civil Procedure 4(d).

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

Dated this  8th  day of July, 2014.