UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED CHRISTIAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:14-cv-454 SNLJ |
| MCMAHON FORD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff's requests for issuance of subpoenas (#132), plaintiff's motion for court assistance regarding depositions (#81), plaintiff's motion requesting a transcript (#63), and plaintiff's motion for reconsideration of plaintiff's motion for recusal (#65).

Plaintiff's request for the issuance of subpoenas to individuals at the Equal Employment Opportunity Commission ("EEOC") and the Missouri Commission on Human Rights ("MCHR") is denied for the reasons specified in the Court's September 12, 2014 order (#134).

Plaintiff's motion for assistance requests use of Court funds to pay for depositions he seeks to take of the defendants. Plaintiff had already arranged for a Court reporter to take the deposition on dates certain, and he requests $500 from the "Court's funds." Plaintiff notes that he is proceeding *in forma pauperis*, but he does not cite any authority for his request for such funds, nor does he specify a source of any such funds. Even if there were such a fund available to assist pro se plaintiffs, plaintiff is in serious dereliction of his discovery obligations, as set forth in this Court's September 12, 2014 order (#134). The motion will be denied.

Next, plaintiff seeks a transcript of the Court's Rule 16 conference with the parties (#63) so that he may prepare his appellate brief in support of his interlocutory appeal of this Court's denial of plaintiff's motion for appointment of counsel. Plaintiff filed the motion on July 3, 2014, and the Court of Appeals denied and dismissed his appeal on July 10, 2014 (#68). The motion will be denied as moot. Plaintiff is advised, however, that he should contact the court reporter for any transcript requests in the future.

Finally, plaintiff's motion for reconsideration of this Court's denial of plaintiff's motion for recusal will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the plaintiff's requests for issuance of subpoenas (#132) **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that the plaintiff's motion for court assistance regarding depositions (#81) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion requesting a transcript (#63) is **DENIED**.

**IT IS FINALLY ORDERED** that plaintiff's motion for reconsideration (#65) is **DENIED**.

Dated this   15th   day of September, 2014.         **STEPHEN N. LIMBAUGH, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**